**Carlos TORO, Plaintiff-Appellant**

v.

**UNITED STATES, Defendant-Appellee**

**2016-1960**

United States Court of Appeals, Federal Circuit.

April 12, 2017

MICHAEL L. AVERY, SR., The Avery Law Firm, Falls Church, VA, argued for plaintiff-appellant.

MICHAEL ANTHONY RODRIGUEZ, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

(Dyk, Moore, and Reyna, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**